NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPRINT COMMUNICATIONS COMPANY, L.P.,**
*Plaintiff-Appellant*

**v.**

**COMCAST CABLE COMMUNICATIONS, LLC,
COMCAST IP PHONE, LLC,**
*Defendants-Appellees*

---

2015-1989

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-01013-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

JOHN D. GARRETSON, Shook, Hardy & Bacon, LLP, Kansas City, MO, argued for plaintiff-appellant. Also represented by BASIL TRENT WEBB; DAVID MOREHAN, ROB RECKERS, Houston, TX.

MATTHEW B. LEHR, Davis Polk & Wardwell LLP, Menlo Park, CA, argued for defendants-appellees. Also represented by DAVID LISSON, GARETH DEWALT, MICAH

BLOCK, ANTHONY I. FENWICK; MICHAEL LOUIS BRODY, Winston & Strawn LLP, Chicago, IL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 11, 2017                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court